AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Darryl Patrick Lynch           **JUDGMENT IN A CIVIL CASE**
                                                       CASE NUMBER: 03-CV-556

    v.

Michael McDonough

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that defendant's motion to dismiss is granted in part and dismissed as moot in part and this action is dismissed without prejudice.


Date: July 27, 2005                                                    RODNEY C. EARLY, CLERK

                                                                By:     s/Deborah M. Zeeb
                                                                                 Deputy Clerk